# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-1913 | UNITED STATES vs. TOM | |
| Hearing Date: | 7/10/2019 | Time In and Out: | 9:34 am – 9:39 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Tavor Tom | Defendant's Counsel: | James Loonam |
| AUSA | James Tierney | Pretrial/Probation: | D. Marruffo |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for        on        @

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to        for final revocation hearing
- ☐