IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 JUL 17 PM 3:50

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **TAVOR TOM**, ) <br> ) <br> Defendant. ) | CRIMINAL NO. 19-2180 JH <br><br> 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |

# INDICTMENT

The Grand Jury charges:

On or about July 1, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TAVOR TOM**, an Indian, unlawfully killed Jane Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

7/9/19   10:10 am