UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| CR No: 19-2180 WJ | USA vs.: Tom |
| Date: April 7, 2021 | Name of Deft: Tavor Tom |

Before the Honorable: Chief District Judge William P. Johnson

| | | | |
|---|---|---|---|
| Time In/Out: | 2:17pm – 3:00 pm | Total Time in Court (for JS10): | 43 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | Joseph Spindle | Defendant's Counsel: | James C Loonam |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | George Rodriguez | Interpreter Sworn? | Yes    No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 11/24/2020 | PSR: | **X** Not Disputed | | Disputed | **X** | Courts adopts PSR Findings |
| Evidentiary Hrg: | **X** Not Needed | | Needed | Exceptions to PSR: | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 180 months |
|---|---|---|
| Supervised Release: 3 years | | Probation: |
| REC **X** Strongly recommends 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE    Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for   months   days |
| | Comply with ICE laws and regulation | | Community service for   months   days |
| **X** | Submit to substance abuse testing not to exceed 60 test per year. | | Reside halfway house   months   days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Must not use/possess alcohol and submit to no more than 4 tests a day | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Must not knowingly use or possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |

| OTHER: | 1. Deft must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program<br>2. Deft shall waive your right of confidentiality and allow the treatment substance abuse and mental health providers to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress<br>3. Deft must reside in a residential reentry center for a term of (up to) 6 months. |
|---|---|

| Fine: | $ 0.00 (restitution and halfway house imposed) | Restitution: | $ Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to Erik Benally in the amount of $4,077.78; State Farm in the amount of $11,522.28; and the New Mexico Crime Victim's Reparation Commission in the amount of $6,000.00; restitution shall be paid in months 200 or 10% |
|---|---|---|---|

|   |   |   |   |   | of monthly income; Court waives interest. |   |   |
|---|---|---|---|---|---|---|---|
| SPA: | $ | 100.00 |   | Payment Schedule: | X | Due Immediately |   | Waived |

OTHER:

|   |   |   |   |
|---|---|---|---|
|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody |   | Voluntary Surrender |
| X | Recommended place(s) of incarceration: FCI facility in Arizona; preferably Tucson, AZ. |   |   |
|   | Dismissed Counts: |   |   |

| OTHER COMMENTS: | The Court notes the Defendant waives his personal appearance and finds this video hearing to be in the interest of justice and public safety.<br>Mr. Loonam advises PSR reviewed with client; no objections/corrections.<br>Mr. Spindle notes victim's family members are present by Zoom and would like to address the Court.<br>Victim's family member addresses the Court.<br>Mr. Spindle addresses the Court; recommends a high end of the guideline range sentence.<br>Mr. Loonam addresses the Court; argues for variance to a term of 7 years.<br>Defendant addresses the Court.<br>Mr. Spindle responds.<br>Mr. Loonam replies.<br>The Court recites 3553 factors and finds a sentence that is sufficient, but not greater than necessary, is a sentence within the sentencing guideline range; imposes a term of 180 months |
|---|---|